# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
William F. Wood, et al.

**DEFENDANTS**
City of Elgin

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant Kane
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Craig S. Mielke
Foote, Meyers, Mielke & Flowers, LLC
28 South First Street, Suite, Geneva, IL 60134, 630.232.6333

Attorneys (If Known)
Thomas J. Piskorski/James J. Powers
Seyfarth Shaw LLP
131 S. Dearborn Street, Suite 2400, Chicago, IL 60603, 312.460.5000

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE | | |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 610 Agriculture | | |
| 120 Marine | 310 Airplane / 362 Personal Injury—Med. Malpractice | 620 Other Food & Drug | | |
| 130 Miller Act | 315 Airplane Product Liability | 625 Drug Related Seizure of Property | | |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander / 365 Personal Injury—Product Liability | 630 Liquor Laws | | |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability | 640 R.R. & Truck | | |
| 151 Medicare Act | 340 Marine | 650 Airline Regs | | |
| 152 Recovery of Defaulted Student Loans (excl. vet.) | 345 Marine Product Liability | 660 Occupational Safety/Health | 840 Trademark | |
| 153 Recovery of Overpayment of Veteran's Benefits | PERSONAL PROPERTY | 690 Other | | |
| 160 Stockholders' Suits | 350 Motor Vehicle / 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | |
| 190 Other Contract | 355 Motor Vehicle Product Liability / 371 Truth in Lending | [x] 710 Fair Labor Standards Act | 861 HIA (1395ff) | |
| 195 Contract Product Liability | 360 Other Personal Inj. / 380 Other Personal Property Damage | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | |
| 196 Franchise | / 385 Property Damage Product Liability | | 863 DIWC/DIWW (405(g)) | |
| | | | 864 SSID Title XVI | |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 865 RSI (405(g)) | |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence | 730 Labor/Mgmt.Reporting & Disclosure Act | |
| 220 Foreclosure | 442 Employment | Habeas Corpus: | 740 Railway Labor Act | **FEDERAL TAX SUITS** |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 530 General | 790 Other Labor Litigation | 870 Taxes (U.S. Plaintiff or Defendant) |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | | |
| 245 Tort Product Liability | 445 ADA—Employment | 540 Mandamus & Other | 791 Empl. Ret. Inc. Security Act | 871 IRS—Third Party 26 USC 7609 |
| 290 All Other Real Property | 446 ADA—Other | 550 Civil Rights | | |
| | 440 Other Civil Rights | 555 Prison Condition | | |

Other Statutes:
480 Consumer Credit
490 Cable/Satellite TV
810 Selective Service
850 Security/Commodity/Exch.
875 Customer Challenge 12 USC 3410
891 Agricultural Acts
892 Economic Stabilization Act
893 Environmental Matters
894 Energy Allocation Act
895 Freedom of Information Act
900 Appeal of Fee Determination Under Equal Access to Justice
950 Constitutionality of State Statutes
890 Other Statutory Actions

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

Defendant is removing Plaintiffs' FLSA cause of action to Federal Court pursuant to 28 U.S.C. Section 1441(b).

**VII. PREVIOUS BANKRUPTCY MATTERS** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

**VIII. REQUESTED IN COMPLAINT:** [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $    CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [x] No

**IX. This case** [x] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE: _____
SIGNATURE OF ATTORNEY OF RECORD

07CV5418
JUDGE COAR
MAGISTRATE JUDGE COLE

FILED
SEP 25 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT