# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| William F. Wood, Jr., et al | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 07 C 5418 |
| City of Elgin | |

☐ Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■ Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Defendant's Motion for Summary Judgment is **GRANTED** in part as to the applicability of 29 U.S.C. § 207(k) exemption to Plaintiffs' employment, and **DENIED** with respect to all other parts.

Summary Judgment is entered in favor of the defendant City of Elgin and against the Plaintiffs William F. Wood, Jr., et al .  Civil case terminated.

Michael W. Dobbins, Clerk of Court

Date: 10/9/2008         _____

/s/ Patricia McQurter-Figgs, Deputy Clerk